No. 96–5274. WESTBROOKS v. COURT OF COMMON PLEAS OF PENNSYLVANIA, ALLEGHENY COUNTY. C. A. 3d Cir. Certiorari denied.

No. 96–5275. BRETSCHNEIDER v. BROWN. Ct. App. Okla. Certiorari denied.

No. 96–5276. CHAVEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5277. BASKET v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5278. BEALS v. UNITED STATES; and
No. 96–5720. VOSS ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 82 F. 3d 1521.

No. 96–5279. LONG v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 96–5280. RESNIK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5281. RUFF v. ARMONTROUT, ASSISTANT DIRECTOR, ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 96–5282. SALAZAR GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5283. ROCHESTER v. REED ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5284. PAYNE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5285. JOSEPH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5286. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5287. THOMPSON v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.